IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY CORPORATION,

    Petitioner,

  v.

CHINAVEST, INC.,

    Respondent.

No. C 10-80256 WHA

**ORDER REQUESTING STATUS REPORT**

The parties are requested to file a joint status report highlighting key developments in the underlying action by **NOON ON MARCH 21, 2011**. Specifically, the parties should address whether the pending motion to compel compliance with the subpoena from the Texas court is moot, ripe, or neither in light of the Federal Circuit's decision directing the Texas court to transfer the underlying action to this district.

**IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE