IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION,<br><br>    Petitioner,<br><br>  v.<br><br>CHINAVEST, INC.,<br><br>    Respondent.<br>_____/ | No. C 10-80256 WHA<br><br>**ORDER REGARDING PENDING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

In light of the March 21 status report, no action will be taken on the pending motion to compel until either (1) the underlying Texas action is transferred to this District, or (2) the Supreme Court appeal from that action is resolved. The parties shall file a further status report within **TEN DAYS** after either of those conditions occurs. The further status report should address whether the pending motion is moot, ripe, or neither in light of the reported developments.

**IT IS SO ORDERED.**

Dated: March 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE