1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY CORPORATION,

        Petitioner,

  v.

CHINAVEST, INC.,

        Respondent.

_____/

No. C 10-80256 WHA

**ORDER REGARDING
STATUS REPORT**

     In light of the May 26 status report, no action will be taken on the pending motion to compel until either (1) the appeal of the patent invalidity findings is resolved, or (2) the motion to stay the underlying action is denied.  The parties shall file a further status report within **TEN DAYS** after either of those conditions occurs.  The further status report should address whether the pending motion is moot, ripe, or neither in light of the reported developments.  In the meantime, if a party seeks relation or consolidation of this action with the underlying action (which was recently transferred to this district), then a proper motion should be filed in proper form.

     **IT IS SO ORDERED.**

Dated:  May 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE