1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY CORPORATION,

          Petitioner,

  v.

CHINAVEST, INC.,

          Respondent.

                          /

No. C 10-80256 WHA

**ORDER REGARDING**
**AUGUST 18 STATUS REPORT**

      Having reviewed the August 18 status report, this order finds that the motion to compel is still neither moot nor ripe.  Accordingly, no action will be taken at this time.  The parties shall file a further status report on **DECEMBER 15, 2011**, or within **TEN DAYS** after the appeal from the underlying action is resolved or some other development causes the motion to become moot or ripe, whichever is earliest.

      **IT IS SO ORDERED.**

Dated:  August 19, 2011.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE