IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY CORPORATION,

    Petitioner,

  v.

CHINAVEST, INC.,

    Respondent.

                               /

No. C 10-80256 WHA

**ORDER REGARDING DECEMBER 15 STATUS REPORT**

      Having reviewed the December 15 status report, this order finds that the motion to compel is still neither moot nor ripe. Accordingly, no action will be taken at this time. The parties shall file a further status report on **JULY 1, 2012**, or within **TEN DAYS** after the appeal from the underlying action is resolved or some other development causes the motion to become moot or ripe, whichever is earliest.

    **IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE