IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY CORPORATION,

    Plaintiff,

  v.

CHINAVEST, INC.,

    Defendant.

No. C 10-80256 WHA

**ORDER RE AUGUST 9 HEARING**

In the interest of judicial economy, plaintiff's motion to compel will be heard with defendant's motion to quash at the August 9 hearing.

**IT IS SO ORDERED.**

Dated: August 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE