IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, | No. C 10-80256 WHA |
| Plaintiff, | |
| v. | **ORDER RE AUGUST 9 HEARING** |
| CHINAVEST, INC., | |
| Defendant. | |

In the interest of judicial economy, plaintiff's motion to compel will be heard with defendant's motion to quash at the August 9 hearing.

**IT IS SO ORDERED.**

Dated: August 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE